1

2

3

4

5

6

7

8

UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

9

10

11

12

13

14

15

16

| RUDY OF THE FAMILY SNEED, | ) | Case No.: 3:20-CV-00348-RCJ-CLB |
|---|---|---|
| Plaintiff, | ) ) ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |
| vs. | ) ) | |
| PIMA COUNTY DIVISION OF CHILD SUPPORT SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is the Report and Recommendation of United States Magistrate Judge

Carla L. Baldwin (ECF No. 8[1]) entered on June 26, 2020, recommending that the Court dismiss

the complaint with prejudice.  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B)

and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District

of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant

matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1]  Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS   FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

ROBERT C. JONES
United States District Judge

2